ABDUL S. MOZUMBO et al., Respondents, v. RUSSEL B. McCURDY et al., Appellants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

BRYANT PARK BUILDING, INC., Respondent, v. MICHAEL STONE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

SAUL SAVETH et al., Respondents, v. CHESTER H. ROTH Co., INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

CATHERINE DALFRES, an Infant, by GERTRUDE DALFRES, Her Guardian ad Litem, Appellant, v. PROSPECT HEIGHTS DEVELOPMENT CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

SOL O. MENIKOFF et al., Individually and as Copartners Doing Business under the Name of MENIKOFF & SPIVACK, Respondents, v. KHADOURI CHAACHOU, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

In the Matter of PUBLIC FACTORS, INC., Respondent, against WALTER FREEMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

In the Matter of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against W. E. HEDGER TRANSPORTATION CORPORATION, Judgment Debtor. HAIGHT, DEMING, GARDNER, POOR & HAVENS, Third Party; HORACE M. GRAY, Claimant-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Botein and Bergan, JJ. [See ante, p. 652.]

MORRIS WEIN, Doing Business as COLONIAL PRODUCTIONS, Respondent, v. IRVING KAUFMAN, as Assignee for the Benefit of Creditors of FILM CLASSICS, INC., et al., Defendants, and NEW YORK TRUST COMPANY, Appellant.— Order, insofar as it denied the motion of appellant, unanimously reversed and the motion for an order dismissing the complaint as to appellant and for summary judgment granted. (See opinion in Irwin v. Eagle Lion Classics, ante, p. 374, decided herewith.) Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See post, p. 793.]